SUSAN M. FULP, Administratrix of J. Wesley Fulp, v. ROANOKE & SOUTHERN RAILWAY COMPANY.

*Action for Damages for Injury Resulting in Death — Negligence — Failure to Give Signal of Approach of Train — Person Walking on Track.*

Where, in an action against a railroad company for negligently causing the death of plaintiff's intestate, the complaint alleges no other negligence than the failure of the engineer to give any notice, by whistle, bell or otherwise, of the approach of the train to intestate, who was walking on the track and was run over and killed by the locomotive, no sufficient cause of action is stated.

CIVIL ACTION, heard before *Winston, J.*, at December Term, 1893, of FORSYTH Superior Court.

The plaintiff sought to recover damages for the negligent killing of her intestate by the defendant. The only allegation of negligence stated in the complaint was as follows:

"That on the ____ day of _____, 18__, the deceased, the plantiff's intestate, was going to his home, and walking upon the defendant's track; he was, by the negligence of the defendant and its servants, in that it failed to give any notice of its approach by whistle or bell or otherwise, run over by defendant's locomotive and killed without any fault of plaintiff's intestate."

When the case was called for hearing the defendant moved to dismiss the complaint on the ground that the same did not state facts sufficient to constitute a cause of action, as an oral demurrer. The demurrer was sustained, and plaintiff appealed.

*Mr. J. S. Grogan,* for plaintiff (appellant).
No counsel *contra.*

SHEPHERD, C. J.: The demurrer was properly sustained, as the only negligence is that the defendant failed to give any notice of the approach of its train "by whistle, bell or otherwise" to the intestate, who was walking on its track. We know of no law which imposes a liability upon a railroad company upon such meagre allegations.

Affirmed.